FILED

03/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0521

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0521

| | |
|---|---|
| PLANNED PARENTHOOD OF MONTANA, and JOEY BANK, M.D., on behalf of themselves and their patients,<br><br><br>Plaintiffs and Appellees,<br><br>v.<br><br>STATE OF MONTANA, by and through AUSTIN KNUDSEN, in his official capacity as Attorney General<br><br>Defendant and Appellants | **ORDER GRANTING AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF MEDICAL GENETICS AND GENOMICS, AMERICAN COLLEGE OF NURSE-MIDWIVES, AMERICAN COLLEGE OF OSTEOPATHIC OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN GYNECOLOGICAL AND OBSTETRICAL SOCIETY, AMERICAN MEDICAL ASSOCIATION, AMERICAN MEDICAL WOMEN'S ASSOCIATION, AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE, AMERICAN UROGYNECOLOGIC SOCIETY, COUNCIL OF UNIVERSITY CHAIRS OF OBSTETRICS AND GYNECOLOGY, MONTANA CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, NATIONAL ASSOCIATION OF NURSE PRACTITIONERS IN WOMEN'S HEALTH, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR MATERNAL-FETAL MEDICINE, SOCIETY FOR REPRODUCTIVE ENDOCRINOLOGY AND INFERTILITY, SOCIETY OF FAMILY PLANNING, AND SOCIETY OF OB/GYN HOSPITALISTS MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE*** |

Upon motion of the American College of Obstetricians and Gynecologists, American Academy of Family Physicians, American Academy of Nursing, American Academy of Pediatrics, American College of Medical Genetics and Genomics, American College of Nurse-Midwives, American College of Osteopathic Obstetricians and Gynecologists, American College of Physicians, American Gynecological and Obstetrical Society, American Medical Association, American Medical Women's Association, American Society for Reproductive Medicine, American Urogynecologic Society, Council of University Chairs of Obstetrics and Gynecology, Montana Chapter of the American Academy of Pediatrics, National Association of Nurse Practitioners in Women's Health, Society for Adolescent Health and Medicine, Society for Maternal-Fetal Medicine, Society for Reproductive Endocrinology and Infertility, Society of Family Planning, and Society of OB/GYN Hospitalists for leave to participate as an *amici curiae* (hereinafter "*amici*") in the above-captioned matter, and good cause appearing therefrom,

IT IS HEREBY ORDERED that *amici's* motion is GRANTED. *Amici* shall file their *amicus* brief by March 31, 2022.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
March 23 2022